| | |
|---|---|
| 1 | Robert F. Kramer (SBN 181706) |
| | rkramer@kramerday.com |
| 2 | David Alberti (SBN 220625) |
| | dalberti@kramerday.com |
| 3 | Sal Lim (SBN 211836) |
| 4 | slim@kramerday.com |
| | Russell Tonkovich (SBN 233280) |
| 5 | rtonkovich@kramerday.com |
| | Robert C. Mattson (*pro hac vice to be filed*) |
| 6 | rmattson@kramerday.com |
| 7 | James. P. Barabas (*pro hac vice to be filed*) |
| | jbarabas@kramerday.com |
| 8 | Hong S. Lin (SBN 249898) |
| | hlin@kramerday.com |
| 9 | Robert Y. Xie (SBN 329126) |
| 10 | rxie@kramerday.com |
| | **KRAMER ALBERTI LIM &** |
| 11 | **TONKOVICH LLP** |
| | 577 Airport Boulevard, Suite 250 |
| 12 | Burlingame, California 94010 |
| | Telephone: (650) 825-4300 |
| 13 | Facsimile:  (650) 460-8443 |
| 14 | |
| | *Attorneys for Plaintiff* |
| 15 | Semiconductor Design Technologies, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SEMICONDUCTOR DESIGN TECHNOLOGIES, LLC, | Case No. 5:23-cv-01001 |
| Plaintiff, | **PLAINTIFF SEMICONDUCTOR DESIGN TECHNOLOGIES, LLC'S CIVIL L.R. 3-15 CERTIFICATE OF INTERESTED ENTITIES OR PERSONS AND F.R.C.P. 7.1 DISCLOSURE** |
| v. | |
| CADENCE DESIGN SYSTEMS, INC., | |
| Defendant. | |

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Semiconductor Design Technologies, LLC – Plaintiff – Financial Interest
- Burford Capital Ltd. – Capital Provider – Financial Interest

Pursuant to Fed. R. Civ. P. 7.1, the undersigned certifies that Semiconductor Design Technologies, LLC is a privately-held corporation and no publicly-held corporation owns 10% or more of its stock.

Dated: March 6, 2023                           Respectfully submitted,

                                               /s/ *Robert F. Kramer*
                                               Robert F. Kramer

                                               *Attorneys for Plaintiff*
                                               SEMICONDUCTOR DESIGN TECHNOLOGIES, LLC