UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMICONDUCTOR DESIGN TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CADENCE DESIGN SYSTEMS, INC., <br><br> Defendant. | Case No. 23-cv-01001-RFL <br><br> **JUDGMENT IN A CIVIL CASE** |

    Pursuant to the Court's order granting the motion to dismiss (Dkt. No. 74), judgment is entered in favor of Defendant, and against Plaintiff.

Dated: May 28, 2024

                                                                 Mark B. Busby <br>
                                                                 Clerk, United States District Court

                                            By: _____

                                                Melinda K. Lock, Deputy Clerk to <br>
                                                the Honorable Rita F. Lin